IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00110-RPM

HANOVER INSURANCE COMPANY, as
subrogee of Colorado Heights University,

     Plaintiff,

v.

UNITED STATES OF AMERICA,

     Defendant.

_____

ORDER OF DISMISSAL
_____

     Pursuant to the Stipulation for Dismissal [7] filed February 22, 2014, it is

     ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney's fees.

     DATED: February 24th, 2014

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior Judge